DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SPRINGLAKE-NORTHWOOD HOMEOWNERS ASSOCIATION, INC.,**
Appellant,

v.

**JONATHAN YOUNG and LORETTA SHIRLEY,**
Appellees.

No. 4D19-1725

[February 13, 2020]

Appeal from the State of Florida, Department of Economic Opportunity; L.T. Case Nos. DEO 18-069 and DOAH 18-05291.

Gerard S. Collins and Lauren T. Schwarzfeld of Kaye Bender Rembaum, P.L., Pompano, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***